

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00251-CR

RICHARD A. DUNSMORE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 412th District Court of Brazoria County (Tr. Ct. No. 56909)

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 9th day of September, 2014, the cause upon appeal to revise or to reverse your order was determined. This Court made its order in these words:

> The cause heard today by the Court is an appeal from the order signed by the court below on March 11, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.
>
> The Court **orders** that this decision be certified below for observance.
>
> Judgment rendered September 9, 2014.
>
> Judgment rendered by panel consisting of Justices Higley, Bland, and Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

March 20, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

